**Loretta ROWE and Donald L.
Slyter, Trustee, Appellants,**

v.

**Robert G. COTITTA, Harvey Sides, and
C-XXXII Properties, Respondents.**

**No. WD 49562.**

Missouri Court of Appeals,
Western District.

May 9, 1995.

Lawrence R. McClure, Marshall, for appellant.

H. Vincent Monslow, Kansas City, for respondents.

Before SPINDEN, P.J., and ULRICH and
SMART, JJ.

## ORDER

PER CURIAM.

Loretta Rowe appeals the trial court's judgment that C–XXXII Properties is not obligated to pay Rowe the balance due on a promissory note on which C–XXXII defaulted. C–XXXII had used the note to buy property from Rowe. The court concluded that C–XXXII owed Rowe nothing more after it returned the property to her. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order pursuant to Rule 84.16(b).